JRL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JEAN CARLOS TAVAREZ,

        Defendant.

- - - - - - - - - - - - - - - - -X

SUPPLEMENTAL
AFFIDAVIT

(21 U.S.C. §§ 952(a)
and 960)

12-M-607

EASTERN DISTRICT OF NEW YORK, SS:

    TIMOTHY FLOOD, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Homeland Security Investigations ("HSI"), duly appointed according to law and acting as such.  This affidavit is submitted to supplement the complaint filed in this matter on June 23, 2012.

    Commencing on or about June 23, 2012, the defendant JEAN CARLOS TAVAREZ passed a total of 75 pellets with a total gross weight of approximately 1,077.5 grams of cocaine.

WHEREFORE, your deponent respectfully requests that the defendant JEAN CARLOS TAVAREZ be dealt with according to law.

_____
Timothy Flood
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations

Sworn to before me this
7th day of July, 2012

_____   s/ Azrack
HONORABLE JOAN
UNITED STATES
EASTERN DISTRI

2